**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAMES MONTEVAGO,                              CASE NO.: 8:14-cv-02186-MSS-TBM

    Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

**PLAINTIFF AND DEFENDANT'S STIPULATION**
**FOR DISMISSAL WITH PREJUDICE**

Plaintiff, JAMES MONTEVAGO, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., hereby stipulates with Defendant, WELLS FARGO BANK, N.A., to voluntarily dismiss the above cause **with prejudice**. Each side shall bear their own fees and costs, except as agreed to by the parties.

Date: **February 18, 2015**

/s/ *Joanna Garcia*_____
Joanna Garcia
Florida Bar No. 604313
Email: jgarcia@cfjblaw.com
CARLTON FIELDS JORDEN BURT, P.A.
PO Box 3239
Tampa, FL 33601
Telephone: (813) 223-7000
Facsimile: (813) 229-4133

*Trial Counsel for Defendant,*
*Wells Fargo Bank, N.A.*

/s/ *Christopher W. Boss*
Christopher W. Boss
Florida Bar No. 13183
Email: chris@protectyourfuture.com
BOSS, ARRIGHI & HOAG, P.L.
9800 Fourth Street North, Suite 402
St. Petersburg, Florida 33702
Telephone: (727) 471-0039
Facsimile: (727) 471-1206

*Trial Counsel for Plaintiff,*
*James Montevago*

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 18, 2015**, I electronically filed the foregoing Stipulation for Dismissal with Prejudice upon the Defendant with the Clerk of the Court using the CM/ECF system, which will send an electronic notice to the following authorized CM/ECF filers:

Attorneys for Defendant
Joanna Garcia, jgarcia@cfjblaw.com, tsharick@cfjblaw.com
Fentrice Driskell, fdriskell@cfjblaw.com, tpaecf@cfdom.net, tsharick@cfjblaw.com

/s/*Christopher W. Boss*
Christopher W. Boss, Esq.