## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JAMES MONTEVAGO,

    Plaintiff,

v.                                    Case No: 8:14-cv-2186-T-35TBM

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulation of Dismissal with Prejudice, (Dkt. 21) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice.** Each party shall bear its own attorneys' fees and costs associated with this matter, except as agreed to by the parties. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 26th day of February, 2015.

                                                                          MARY S. SCRIVEN
                                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party